**DISMISSED and Opinion Filed December 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01042-CV

**THANESTATE HD PLANO INVESTMENT INC. (HOME DEPOT), Appellant**
**V.**
**COLLIN CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03884-2016**

# MEMORANDUM OPINION

Before Justices Whitehill, Schenck, and O'Neill[1]
Opinion by Justice Whitehill

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a)(1).

|  |  |
|---|---|
|  | /Bill Whitehill/ |
|  | BILL WHITEHILL |
| 181042F.P05 | JUSTICE |

---

[1] The Hon. Michael J. O'Neill, Justice, Assigned



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THANESTATE HD PLANO
INVESTMENT INC. (HOME DEPOT),
Appellant

No. 05-18-01042-CV      V.

COLLIN CENTRAL APPRAISAL
DISTRICT, Appellee

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-03884-2016.
Opinion delivered by Justice Whitehill.
Justices Schenck and O'Neill participating.

       In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

       It is **ORDERED** that appellee Collin Central Appraisal District recover its costs of this appeal from appellant Thanestate HD Plano Investment Inc. (Home Depot).

Judgment entered December 20, 2019.